# Exhibit A

**ENROLLMENT AGREEMENT**                                                    Student No. _____

Please read this Agreement before signing it.
(See the Notice to Buyer Section below.)

Student's Name: _____ Telephone: ( ___ ) _____

Student's Street Address: _____ City: _____ State: _____ Zip: _____

This Enrollment Agreement ("Agreement") is entered into as of the date specified in the Acceptance Section below, by and between ITT Technical Institute ("School") and the student whose name appears above at "Student's Name" ("Student") and the parent or guardian, if any, who signs this Agreement as financial sponsor under the Co-Signor Obligation for Minors Section and Student Section below.

1. **ENROLLMENT:** Subject to Student's satisfaction of any contingency specified below, Student is enrolled into the program of study offered by the School indicated below ("Program"). The terms and provisions of this Agreement govern Student's enrollment in the Program.

[____] **Drafting and Design Technology** (A.A.S. Degree) *
    90 Credit Hours

[____] **Electrical Engineering Technology** (A.A.S. Degree) *
    90 Credit Hours

[____] **Electrical Engineering and Communications Technology**
    (B.S., Degree) **
    180 Credit Hours

[____] **Information Systems and Cybersecurity** (B.S. Degree) **
    180 Credit Hours

[____] **Network Systems Administration** (A.A.S. Degree)
    90 Credit Hours

[____] **Paralegal** (A.A.S. Degree)
    90 Credit Hours

[____] **Project Management and Administration** (B.S. Degree)*
    180 Credit Hours
    [____] Project Management and Administration Option
    [____] Construction Option
    [____] Information Technology Option

    *Student must obtain the tools required by the School for his or her use in one or more Program courses. (See the Tools Section below for explanation.)

    **Student must obtain the tools required by the School for his or her use in certain Program courses that Student may register to take to satisfy the Unspecified Core course requirements of the Program. (See the Tools Section below for explanation.)

Subject to Student's satisfaction of any contingency specified below, Student will begin attending Program courses during the Quarter starting on _____ / _____ / _____
   (Month)   (Day)   (Year)

Instruction Site(s) for courses taught in residence: The campus facility located at 2525 N. Shadeland Avenue, Indianapolis, Indiana 46219, or as otherwise specified on Student's "Class Schedule" (as defined in the Class Schedule Section below)

Contingency: [____] If this box is checked, Student's enrollment in the Program is contingent upon Student's satisfactory completion of the School's readiness offering, as determined by the School in its discretion. The readiness offering is an online module that:
- is not credit bearing;
- is not part of the Program;
- involves no tuition, fees or other costs owed by Student to the School; and
- involves the completion of coursework and passing an exam.

2. **PROGRAM COST:** The estimated total cost for the Program is as follows:

| | | |
|---|---|---|
| Academic Fee: | $ | _____ |
| Estimated Tuition (an estimated $ _____ per credit hour for an estimated _____ credit hours) [1]: | $ | _____ |
| Estimated cost of tools [2]: | $ | _____ |
| Administrative Fee [3]: | $ | 100.00 |
| ESTIMATED TOTAL PROGRAM COST [4]: | $ | _____ |

(1) This is an estimated amount, because:
   (a) the estimated number of credit hours in the Program course(s) that Student takes while enrolled in the Program may differ from the actual number of credit hours in those courses;
   (b) the amount of tuition per credit hour charged for Program courses is expected to increase, as explained in the Tuition Section below, and the estimated tuition per credit hour shown in this Section has not been adjusted to reflect such increase(s);
   (c) the Program course(s) that Student is expected to take while enrolled in the Program may differ from the Program course(s) that Student actually takes;
   (d) the pace at which Student takes and satisfactorily completes the Program courses will determine the number of Quarters that Student is enrolled in the Program and the total cost of the Program to Student;
   (e) the number of Program courses that Student must satisfactorily complete to graduate from the Program will depend on Student's previous postsecondary education and experience; and
   (f) the courses in the Program and the number of credit hours in any Program course and/or the Program may change.
(2) This is an estimated amount based on the cost of the tools required for certain Program courses, if Student purchases those tools from the School. The actual cost of those tools could be higher or lower than the estimated cost, and is subject to change by the School at any time.
(3) Student is not obligated to pay the Administrative Fee, until his or her enrollment in the Program terminates, as explained in the Fees Section below.
(4) This is an estimated amount, because of the variables described in footnotes (1) and (2) above.

3. **CATALOG:** Student agrees to all terms of the School catalog, as revised and amended from time to time by the School ("Catalog"). The Catalog contains, among other things, information about the School, the Program and the Program courses. Prior to Student signing this Agreement, the School has given Student a copy of the current Catalog. (See the Acknowledgment Section below.) All terms of the Catalog are incorporated in this Agreement and made a part of this Agreement as if they were originally and fully set forth in this Agreement, and the Catalog constitutes an addendum to this Agreement. If any terms of the Catalog conflict with any terms of this Agreement, the terms of this Agreement will control in determining the agreement between Student and the School.

4. **TUITION:** The tuition for each Program course is determined by multiplying the tuition per credit hour by the number of credit hours in the Program course as specified in the Program Outline contained in the Catalog. The tuition for each Quarter is determined by multiplying the tuition per credit hour by the total number of credit hours in all of the Program courses that Student is registered to take during the Quarter. On the first day of each Quarter, Student will pay the School the tuition for all of the credit hours in all of the Program courses that Student is registered to take that Quarter. The School may, at any time and from time to time in its discretion, increase the tuition per credit hour charged to Student for Program courses by publishing the higher tuition per credit hour in the Catalog at least 60 days before the effective date of the increase. Student will pay the School the higher tuition per credit hour with respect to any Program course that Student is registered to take that begins after the effective date of the increase. Student can expect the School to increase, at least once during any calendar year, the tuition per credit hour charged for Program courses.

5. **FEES:** Student will pay the School the Academic Fee shown in the Program Cost Section above on Student's first day of recorded attendance in any Program course. Student will pay the School the Administrative Fee shown in the Program Cost Section above immediately upon the termination of Student's enrollment in the Program, regardless of the reason for the termination (including, but not limited to, any termination of enrollment resulting from Student's graduation, withdrawal, failure to make satisfactory academic progress or violation of the Conduct section of the Catalog).

6. **TOOLS:** The actual use of and instruction regarding the tools in any Program course may vary depending on the Program course and any changes to the course, the faculty member teaching the Program course and Student's progress in the Program course. If the Enrollment Section above specifies that Student must obtain tools for use in one or more Program courses that Student is registered to take in any Quarter ("Tools"), Student must obtain the Tools at his or her own expense. Student is <u>not</u> obligated to purchase any Tools from the School. Any Tools that Student purchases from the School are unreturnable and the cost is nonrefundable, except as expressly specified in the Return of Tools Section below. Student will pay the School the cost of any Tools that Student purchases from the School, upon Student's receipt of those Tools.

7. **ALTERNATIVE PAYMENT ARRANGEMENT:** If Student is unable to pay the School, on or before the applicable due dates, all of the tuition, applicable fees and/or cost of any required Tools purchased from the School that are or may become owed by Student to the School with respect to Student's enrollment in the Program, the School may, in its discretion, agree in writing to a different payment arrangement as expressly provided in a Cost Summary and Payment Addendum to this Agreement.

8. **CLASS SCHEDULE:** The Catalog contains important information about:

    (a)   how and when the School will notify Student of the Program course(s) he or she has been registered by the School to take in each Quarter, the manner in which each Program course will be taught, and the meeting days, times and instruction site of the class periods in each Program course taught in residence ("Class Schedule");

    (b)   how and when the School may:

- change the start date of a Quarter;
- assign Student a new Class Schedule for a Quarter;
- cancel a Program;
- merge or divide Student's class taking any Program course into other classes;
- change the times and/or meeting days of Student's class periods;
- change the instruction site of Student's class periods; and/or
- cancel any Program course;

    (c)   the results of those actions by the School; and

    (d)   the steps Student must take in order to modify his or her Class Schedule for any Quarter or cancel his or her registration for a Program course, including any limitations related to those actions by the Student.

9. **CURRICULUM:** The School may, at any time in its discretion, vary the offering and/or sequence of Program courses, revise the curriculum content of the Program or any Program course and change the number of credit hours in the Program or in any Program course.

10. **QUARTER:** The dates each Quarter begins and ends are specified in the Student Calendar contained in the Catalog.

11. **CAREER SERVICES:** The School does not represent, promise or guarantee that Student or any other student will obtain employment. Student will not consider any employment information or career service provided by the School to Student as an express or implied:

- guarantee or promise of employment;
- likelihood of employment;
- indication of the level of employment or compensation Student or graduates of the Program may expect; or
- indication of the types or job titles of positions for which Student or graduates may qualify.

12. **REPEAT:** If Student repeats any Program course(s), Student must pay all of the then current tuition and fees applicable to such Program course(s).

13. **CANCELLATION AND REFUND REQUESTS:** Any cancellation or refund request by Student must be made in writing and mailed to: Director, ITT Technical Institute, at the address at the bottom of this page. If Student is a minor, however, the request must be made by his or her parent or guardian.

**14. CANCELLATION:** Student's enrollment in the Program will be canceled and all monies received by the School from or with respect to Student under this Agreement will be returned to the appropriate party(ies) within 30 days, if:

(a) Student notifies the School that Student has canceled this Agreement
- within 6 business days following the date Student first tours the School and signs this Agreement, or
- before Student's first day of recorded attendance in any Program course,

whichever occurs last;

(b) the School cancels the Program; or

(c) an award is issued in accordance with an arbitration conducted pursuant to the Resolution of Disputes Section below stating that Student's enrollment in the Program was procured as a result of a misrepresentation in the School's written materials.

**15. REFUND:**

(a) If Student withdraws or is terminated from any Program course during any of the following specified portions of that Program course, Student will be obligated to the School for
- the entire cost of any Tools purchased by Student from the School for use in that Program course, except as specified in the Return of Tools Section below, and
- the following corresponding percentage of the tuition for that Program course.

| PORTION OF THE PROGRAM COURSE | PERCENTAGE OF THE TUITION |
|---|---|
| First Week | 10% |
| After the First Week in the First 25% | 25% |
| After the First 25% in the First 50% | 50% |
| After the First 50% in the First 60% | 60% |
| After the First 60% | 100% |

(b) If Student withdraws or is terminated from the Program during any of the following specified portions of any Quarter, Student will also be obligated to the School for the following corresponding percentage of
- any Academic Fee charged to Student in that Quarter, and
- the Administrative Fee.

| PORTION OF THE QUARTER | PERCENTAGE OF ANY ACADEMIC FEE AND THE ADMINISTRATIVE FEE |
|---|---|
| First Week | 10% |
| After the First Week in the First 25% | 25% |
| After the First 25% in the First 50% | 50% |
| After the First 50% in the First 60% | 60% |
| After the First 60% | 100% |

(c) Student's withdrawal or termination date for purposes of calculating any refund due under this Section and for purposes of the Return of Tools Section below will be Student's last date of recorded attendance in a Program course.

(d) Notwithstanding anything to the contrary above in this Section, if Student withdraws or is terminated from any Program course or the Program during any Quarter, Student will remain obligated to the School for:
- all of the tuition, fees, cost of any Tools and cost of any other supplies owed to the School for any previous attendance by Student at the School; and
- all other amounts owed to the School under this Agreement (including any addenda to this Agreement) and/or any other agreement between Student and the School.

(e) If, at the time Student withdraws or is terminated from any Program course or the Program, the School has received any monies for tuition, the Academic Fee, the Administrative Fee or any Tools from or on behalf of Student in excess of his or her obligation for those items as provided in this Section, the School will refund such excess to the appropriate party(ies) as specified below in this Section.

(f) Any refund required under this Section will be paid first to eliminate any outstanding balances for any student financial aid received by or with respect to Student in the following order and priority (unless applicable law requires otherwise) and within the time period prescribed by law:

| | | |
|---|---|---|
| 1st: private or institutional student loans; | 5th: unsubsidized Federal Direct Stafford loans; | 9th: Federal Direct PLUS loans; |
| 2nd: private or institutional parental loans; | 6th: subsidized Federal Direct Stafford loans; | 10th: state student loans; and |
| 3rd: unsubsidized Federal Stafford loans; | 7th: Federal Perkins loans; | 11th: state parental loans. |
| 4th: subsidized Federal Stafford loans; | 8th: Federal PLUS loans; | |

(g) The School will pay Student any refund remaining after all outstanding balances specified in Item (f) immediately above in this Section are eliminated, within 31 days following:

(1) Student's last date of recorded attendance in a Program course, if the School terminated Student from the Program course or the Program;

- Student's last date of recorded attendance in a Program course,
- the date that the School received Student's written notice of withdrawal from a Program course or the Program, or
- the withdrawal date from a Program course or the Program specified in Student's written notice of withdrawal received by the School,

if Student withdrew from the Program course or the Program and the School received Student's written notice of withdrawal;

(3) the 22nd consecutive calendar day after Student's last date of recorded attendance in a Program course taught over 12 weeks, if Student withdrew from the Program course or the Program and such calendar day occurred before any applicable date in Item (2) immediately above in this Section; or

(4) the 11th consecutive calendar day after Student's last date of recorded attendance in a Program course taught over six weeks, if Student withdrew from the Program course or the Program and such calendar day occurred before any applicable date in Item (2) immediately above in this Section.

**16.  RETURN OF TOOLS:**

(a)  If Student withdraws or is terminated from any Program course, Student may return to the School any of the Tools purchased by Student from the School for use in that Program course if all of the following conditions are satisfied:

- Student withdraws or is terminated from the Program course within the first 60% of that Program course;
- the School receives all of those Tools within 20 days following Student's withdrawal or termination date; and
- all of those Tools are in unmarked condition when received by the School.

(b)  If any of the above conditions is not satisfied, Student will be obligated to the School for the entire cost of those Tools.

(c)  If all of the above conditions are satisfied, Student will be obligated to the School for a percentage of the cost of those Tools, that is the same percentage as the percentage of that Program course's tuition for which Student is obligated to the School under the Refund Section above.

**17.  RETURN OF FEDERAL FINANCIAL AID:** If Student withdraws or is terminated from the Program, depending on when his or her withdrawal or termination occurs during the Quarter, Student and/or his or her parent(s) may be ineligible to use a portion of any federal student financial aid awarded to Student and/or his or her parent(s) for use in that Quarter.

(a)  If Student's withdrawal or termination from the Program occurs:

- within the first 60% of the Quarter, the amount of federal student financial aid awarded for use in that Quarter that Student and/or his or her parents may use is a proportional calculation based on the percentage of the Quarter that has elapsed as of Student's withdrawal or termination date; or
- after the first 60% of the Quarter, Student and/or his or her parents may use 100% of the federal student financial aid awarded for use in that Quarter.

(b)  If Student and/or his or her parent(s) are ineligible to use a portion of any federal student financial aid remitted to the School to satisfy Student's obligation for tuition, fees or other costs of Student's education:

- federal law requires the School to return to the appropriate party(ies) such unusable aid;
- the School will advise Student of the amount of such unusable aid returned by the School; and
- Student will be liable for an amount equal to the portion of such unusable aid for which Student is obligated to the School under the Refund Section above, and will immediately pay that amount to the School in full.

(c)  If Student and/or his or her parent(s) are ineligible to use a portion of any federal student financial aid received by Student and/or the parent(s) and not remitted to the School:

- federal law requires Student and/or the parent(s) to repay to the appropriate party(ies) such unusable aid; and
- the School will advise Student and/or the parent(s) of the amount of such unusable aid.

(d)  Any return or repayment of unusable federal student financial aid required under this Section will be paid first to eliminate any outstanding balances for any federal student financial aid received by or with respect to Student in the following order and priority and within the time period prescribed by law:

| | | |
|---|---|---|
| 1st:  unsubsidized Federal Stafford loans; | 5th:  Federal Perkins loans; | 9th:  Federal Academic Competitiveness Grants; |
| 2nd:  subsidized Federal Stafford loans; | 6th:  Federal PLUS loans; | 10th:  Federal National Science and Mathematics Access to Retain Talent Grants; and |
| 3rd:  unsubsidized Federal Direct Stafford loans; | 7th:  Federal Direct PLUS loans; | 11th:  Federal SEOG Program aid. |
| 4th:  subsidized Federal Direct Stafford loans; | 8th:  Federal Pell Grants; | |

**18.  DISCLAIMER OF WARRANTIES:** EXCEPT AS EXPRESSLY STATED IN THIS AGREEMENT, THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, BY OPERATION OF LAW OR OTHERWISE, REGARDING OR RELATING TO ANY SERVICE OR PRODUCT FURNISHED BY THE SCHOOL TO STUDENT PURSUANT TO OR IN CONNECTION WITH THIS AGREEMENT. THE SCHOOL SPECIFICALLY DISCLAIMS ALL IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR ANY PURPOSE.

**19.  LIMITATION OF LIABILITY:** IN NO EVENT WILL STUDENT OR THE SCHOOL BE LIABLE TO THE OTHER PARTY OR ANY THIRD PARTY FOR ANY INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, CONSEQUENTIAL OR PUNITIVE DAMAGES, REGARDLESS OF THE FORM OF ACTION (WHETHER IN CONTRACT, TORT OR OTHERWISE) OR EVEN IF THE

LIABLE FOR, OR WILL THE POSSIBILITY OF SUCH DAMAGES IN NO EVENT WILL THE SCHOOL'S MAXIMUM LIABILITY TO STUDENT FOR ALL DAMAGES ARISING OUT OF OR IN ANY WAY RELATED TO THIS AGREEMENT (INCLUDING ANY AMENDMENTS OR ADDENDA TO THIS AGREEMENT) OR THE SUBJECT MATTER OF THIS AGREEMENT EXCEED THE LESSER OF: (a) THE ACTUAL DIRECT DAMAGES INCURRED BY STUDENT THAT WERE CAUSED BY THE SPECIFIC SERVICE OR PRODUCT PROVIDED BY THE SCHOOL UNDER THIS AGREEMENT THAT IS THE SUBJECT OF STUDENT'S COMPLAINT; OR (b) THE AMOUNT OF TUITION, FEES AND/OR COST OF ANY TOOLS RECEIVED BY THE SCHOOL FROM OR ON BEHALF OF STUDENT FOR THE SPECIFIC SERVICE OR PRODUCT PROVIDED BY THE SCHOOL UNDER THIS AGREEMENT THAT DIRECTLY CAUSED SUCH DAMAGE. Notwithstanding anything to the contrary above in this Section, if any limitation of liability conflicts with the substantive law governing this Agreement, the substantive law with respect to such limitation will control. The provisions of this Agreement allocate risks between Student and the School. The amount of tuition and fees and the cost of any Tools for the Program reflect this allocation of risk and the limitation of liability specified in this Section.

**20. RESOLUTION OF DISPUTES:** The following procedure applies to the resolution of any dispute arising out of or in any way related to this Agreement, any amendments or addenda to this Agreement, and or the subject matter of this Agreement, including, without limitation, any statutory, tort, contract or equity claim (individually and collectively, the "Dispute"):

(a) The parties are encouraged to make an initial attempt, in good faith, to resolve the Dispute pursuant to the School's Student Complaint/Grievance Procedure contained in the Catalog or through other informal means.

(b) **If the Dispute is not resolved pursuant to the School's Student Complaint/Grievance Procedure or through other informal means, then the Dispute will be resolved by binding arbitration between the parties.** Arbitration is the referral of a dispute to an impartial person for a final and binding determination. Both Student and the School agree that this Agreement involves interstate commerce and that the enforceability of this Section will be governed, both procedurally and substantively, by the Federal Arbitration Act, 9 U.S.C. §1-9 (the "FAA"). The arbitration between Student and the School will be administered by the American Arbitration Association ("AAA") or, in the event the AAA declines or is unable to administer the arbitration, by an arbitration forum or arbitrator that Student and the School mutually agree upon. If, after making a reasonable effort, Student and the School are unable to agree upon an arbitration forum or arbitrator, a court having proper jurisdiction will appoint an arbitration forum or arbitrator. The arbitration will be conducted in accordance with the AAA's Commercial Arbitration Rules ("Commercial Rules") and, when deemed appropriate by the arbitration forum or arbitrator, the AAA's Supplementary Procedures for Consumer-Related Disputes ("Consumer Procedures"), or the appropriate rules of any alternative arbitration forum selected by Student and the School or appointed by a court, subject to the following modifications:

(1) The arbitration will be conducted before a single arbitrator who will be a former federal or state court judge and will have at least 10 years of experience in the resolution of civil disputes.

(2) The site of the arbitration will be the city in which the School is located.

(3) The substantive law which will govern the interpretation of this Agreement and the resolution of the Dispute will be the law of the state where the School is located, except that the enforceability of this Resolution of Disputes Section will be governed, both procedurally and substantively, by the FAA.

(4) The arbitrator will have the exclusive authority to determine and adjudicate any challenge to the enforceability of this Resolution of Disputes Section.

(5) The scope of the arbitration will be limited to the Dispute between Student and the School. To the maximum extent permitted by applicable law, in the arbitration between Student and the School:
- no claims of any other person will be consolidated into the arbitration;
- no claims will be made on behalf of any class of persons; and
- no representative actions of any kind are permitted.

(6) The parties may take discovery through interrogatories, depositions and requests for production that the arbitrator determines to be appropriate to allow for a fair hearing, taking into consideration the claims involved and the expedited nature of arbitration.

(7) The School will pay the amount of any arbitration costs and fees charged to Student under the Commercial Rules or Consumer Procedures that exceed the costs and fees that Student would incur if Student filed a similar action in a court having proper jurisdiction.

(8) In any of the following arbitration-related proceedings, the prevailing party will be entitled to recover its reasonable attorneys' fees:
- any motion which any party is required to make in the courts to compel arbitration of a Dispute; or
- any challenge to the arbitration award, whether to the arbitrator or the courts, for the purpose of vacating, modifying or correcting the award.

(9) All aspects of the arbitration proceeding, and any ruling, decision or award by the arbitrator, will be strictly confidential. The parties will have the right to seek relief in the appropriate court to prevent any actual or threatened breach of this provision.

(10) If any provision of this Resolution of Disputes Section or its application is invalid or unenforceable, that provision will be severed from the remainder of this Section and the remainder of this Section will be binding and enforceable.

The Commercial Rules, Consumer Procedures and other information regarding the AAA's arbitration procedures are available from the AAA, which can be contacted by mail at 1633 Broadway, 10th Floor, New York, New York 10019, by telephone at (800) 778-7879 or through its Web site at www.adr.org.

**21. LIMITATION OF ACTION:** All arbitration claims must be filed within two years after the date on which the incident giving rise to the Dispute occurred; provided that, if the substantive law applicable to the arbitration prohibits the parties from agreeing to this limitations period, then the limitations period under the applicable substantive law shall control. The failure of a party to file an arbitration claim within

Rev. 10/5/11

**ITT Technical Institute • 2525 N. Shadeland Avenue • Indianapolis, Indiana 46219 • (317) 351-3800**
THE TERMS OF THIS AGREEMENT ARE CONTAINED ON EACH OF THE 6 PAGES HEREOF.

E157-IN

Page 5 of 6

the applicable limitations period shall constitute a waiver by any party of its right to bring such a claim, and the arbitrator shall have no jurisdiction to hear any claim not filed within such period.

**22. CONTACTING STUDENT**: Student authorizes the School (and/or anyone affiliated with or acting for or on behalf of the School) to, at its discretion, communicate with and contact Student:

- in connection with any matter directly or indirectly related to or in any way arising out of Student's enrollment in the Program, including, without limitation, any amounts owed by Student to the School or a third party, the Program or Program courses and/or Student's employment, whether during or after Student's enrollment in the Program;
- using any phone number or e-mail address (including, without limitation, any mobile phone number or mobile e-mail address) of Student, whether heretofore or hereafter provided to the School by Student or any third party; and
- using any current or future means of communication, including, among others, telephony, Internet telephony, automatic telephone dialing equipment, artificial or pre-recorded voice messages, SMS text messages and e-mail, regardless of whether Student will incur any costs to receive or respond to any such means of communication.

**23. ENTIRE AGREEMENT:** This Agreement, including the Catalog and all other addenda to this Agreement that are in writing and signed by Student and the School, is the entire understanding and agreement between Student and the School with respect to the subject matter of this Agreement, and this Agreement supersedes all prior agreements, understandings, negotiations and discussions between Student and the School, whether oral or written. This Agreement cannot be amended or supplemented, except by a written instrument signed by Student and the School. If any provision of this Agreement or its application is invalid or unenforceable, the remainder of this Agreement will not be impaired or affected and will remain binding and enforceable.

**24. NOTICE TO BUYER:**

(a) **Do not sign this Agreement before you read it or if it contains blank spaces.**

(b) **You are entitled to a copy of this Agreement at the time you sign it. Keep this Agreement to protect your legal rights.**

(c) **ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT TO THIS AGREEMENT OR WITH THE PROCEEDS OF THIS AGREEMENT. RECOVERY UNDER THIS AGREEMENT BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR UNDER THIS AGREEMENT.**

(d) **Under the law, you have the right, among others, to pay in advance the full amount due and obtain under certain conditions, a partial refund of the finance charge.**

(e) **THIS AGREEMENT REQUIRES BINDING ARBITRATION OF DISPUTES.**

**25. BUYER'S RIGHT TO CANCEL:** You, the buyer, may cancel this Agreement within the time period specified in Item (a) in the Cancellation Section above. See also the Cancellation and Refund Requests Section above for an explanation of this right.

**26. ACKNOWLEDGMENT:** STUDENT ACKNOWLEDGES THAT HE OR SHE HAS RECEIVED A COPY OF THE CURRENT SCHOOL CATALOG AND A TRUE EXECUTED COPY OF THIS AGREEMENT.

**27. CO-SIGNOR OBLIGATION FOR MINORS:** If Student is under 18 years of age, a parent or guardian must sign, either electronically or in ink, this Agreement as financial sponsor, and such signature will bind such persons to all the terms of this Agreement, upon acceptance, either electronically or in ink, by the School.

**28. STUDENT:** I certify that all information about me is accurate and that I have read and understand all of the pages and terms of this Agreement and will abide by, be bound by and be subject to its terms. I have kept a copy of this Agreement with all appropriate blanks completed. This Agreement is a legally binding instrument when it is signed, either electronically or in ink, by Student and accepted, either electronically or in ink, by the School.

_____     _____
Student's Signature                        Date          Parent or Guardian Signature            Date

Printed Name:_____     Printed Name:_____

**29. ACCEPTANCE:** This Agreement is hereby accepted by the School.

**ITT TECHNICAL INSTITUTE**

By:_____     _____
    Signature of School Official                             Date