# Exhibit B

Student No._____

# COST SUMMARY AND PAYMENT ADDENDUM TO ENROLLMENT AGREEMENT

This Addendum is made to that certain Enrollment Agreement entered into by and between ITT Technical Institute ("School") and _____("Student") on _____, 20_____("Agreement").

RECITAL:  Student is enrolled in the Program.  The Agreement provides that the School may agree in writing to a different payment arrangement, if Student is unable to pay the School, on or before the applicable due dates, all of the tuition, applicable fees and/or cost of any required tools purchased from the School that are or may become owed by Student to the School with respect to Student's enrollment in the Program.  Student is unable to pay the School, on or before the applicable due dates, all of the tuition, applicable fees and/or cost of any required tools purchased from the School that are or may become owed by Student to the School with respect to Student's enrollment in the Program during the Specified Period indicated below, and Student desires to enter into a different arrangement with the School for payment to the School of certain amounts that are or may become owed by Student to the School under the Agreement during the Specified Period in accordance with and pursuant to the terms and conditions herein.

NOW, THEREFORE, in consideration of the premises and for other good and valuable consideration, the receipt and sufficiency of which is acknowledged, Student and the School agree as follows:

1. Based on Student's representations to the School regarding the Program Courses that Student intends to take during the Specified Period, and assuming that Student's enrollment in the Program during the Specified Period will not be interrupted and that Student will not take any Program courses during the Specified Period that, in total, contain more or less credit hours than the numbers indicated below, the following is (I) Student's Program cost summary for the Specified Period, and (II) the ESTIMATED funds the School expects to receive from or on behalf of Student to pay the Program cost for the Specified Period:

| (a) Student's Program Cost Summary for the Specified Period: | Specified Period:<br><br>\_\_\_\_\_ \_\_\_\_\_ \_\_\_\_\_Quarters<br>\_\_\_\_\_ \_\_\_\_\_ \_\_\_\_\_Credit Hrs.<br>\_\_\_/\_\_\_\_/\_\_\_\_ through \_\_\_\_/\_\_\_/\_\_\_\_ | Disbursement Dates | Disbursement Amounts |
|---|---|---|---|
| (i)   Academic Fee: | $ | | |
| (ii)  Tuition: _____ credits x $_____ | $ | | |
| (iii) Tuition: _____ credits x $_____ | $ | | |
| (iv) Administrative Fee: | $ | | |
| (v)  ESTIMATED Cost of Tools: | $ | | |
| (vi) Other: _____. | $ | | |
| (vii) Other: _____. | $ | | |
| (viii) Other: _____. | $ | | |
| (ix) Other: _____. | $ | | |
| TOTAL: | $ | | |
| (b) ESTIMATED Funds the School Expects to Receive From or on Behalf of Student: | | | |
| (i)   Cash Received to Date: | $ | | |
| (ii)  Student/Parent Cash Payment: | $ | | |
| (iii) Student VA Payment: | $ | | |

| | | | |
|---|---|---|---|
| (iv) VA Chapter 33 Benefit: | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (v) VA Yellow Ribbon Program Benefit ("VAYRPB"): | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (vi) School Matching VA Yellow Ribbon Program Benefit ("SMYRPB"): | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (vii) Federal Pell Grant: | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (viii) Federal Subsidized Stafford LOAN ($_____ Less Fees): | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (ix) Federal Unsubsidized Stafford LOAN ($_____ Less Fees): | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (x) Federal PLUS LOAN: ($_____ Less Fees): | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (xi) Bank LOAN: _____. | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (xii) Academic Competitiveness Grant: | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (xiii) SMART Grant: | $ | _____, 20____<br>_____, 20____<br>_____, 20____ | $_____<br>$_____<br>$_____ |
| (xiv) Family Supplemental Educational Opportunity Grant: | $ | _____, 20____ | $_____ |
| (xv) Other: _____. | $ | | |
| (xvi) Other: New Temporary Credit _____. | $ | | |
| (xvii) Other: New Temporary Credit Exemption __. | $ | | |
| (xviii) Other: _____. | $ | | |
| (xix) Other: _____. | $ | | |
| TOTAL: | $ | | |

2. Student acknowledges and agrees that the only credit granted by the School to Student pursuant to this Addendum is the amount of the Student/Parent Cash Payment, Student VA Payment, New Temporary Credit and New Temporary Credit Exemption specified above in Section 1(b) (ii), (iii), (xvi), and (xvii). The following Truth in Lending Disclosures: (a) relate only to the credit granted by the School to Student pursuant to this Addendum; and (b) do not disclose or contain any information on any credit granted to Student by any lender or other third party (including, without limitation, any state or federal financial aid or bank loan that Student may receive).

| ANNUAL PERCENTAGE RATE<br>The cost of Student's credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost Student. | AMOUNT FINANCED          e<br>The amount of credit the School will provide to Student. | TOTAL OF PAYMENTS     e<br>The amount Student will have paid after Student has made all payments as scheduled: | TOTAL SALE PRICE<br>e<br>The total cost of Student's purchase on credit including Student's down payment of $_____.|
|---|---|---|---|---|
| 0% | $0 | $ | $ | $ |

Student's payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
|  | $ | (____) Quarterly or (_____) Monthly (check applicable period) beginning on _____, 20_____ and on the first day of each subsequent installment period. |
|  | $ | On _____, 20_____ |

**Late Charge:** There is no additional charge for late payment, but a late payment does constitute a default under the Agreement.

**Prepayment:** If Student pays off early, Student will not have to pay a penalty.
See this Addendum and the other provisions of the Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date and prepayment refunds and penalties.

**Itemization of Amount Financed**: The AMOUNT FINANCED is all paid to the School.

"e" means estimated amount.  The AMOUNT FINANCED, TOTAL OF PAYMENTS and TOTAL SALE PRICE are estimated amounts since they are based on: (a) estimated funds that the School expects to receive from or on behalf of Student for the Specified Period; (b) an estimated number of credit hours for the courses in the Program that Student will register to take during the Specified Period; (c) the estimated cost of any tools that Student is required to obtain during the Specified Period, if those tools are purchased from the School; and (d) an assumption that Student will or will not become obligated to the School for the Administrative Fee during the Specified Period. See Section 4 of this Addendum.

3. Student will pay the Student/Parent Cash Payment, Student VA Payment, New Temporary Credit and New Temporary Credit Exemption in accordance with Student's payment schedule specified above in Section 2. The School may agree to rearrange, adjust and/or extend the time and amounts of payments due under this Addendum without notice to, or the consent of, Student and without releasing Student from any of his/her liabilities and obligations hereunder. No delay on the part of the School in exercising any right or remedy pursuant to this Addendum will operate as a waiver of the same, and no single or partial exercise of any right or remedy of the School will constitute an exhaustion or waiver of the same, all of which will continue for the School's benefit. The rights and remedies of the School specified in this Addendum are in addition to and not exclusive of any rights and remedies to which the School is entitled, whether pursuant to the Agreement, by operation of law or in equity.

4. Student acknowledges and agrees that: (a) the funds the School expects to receive from or on behalf of Student specified above in Subsection 1(b) are only ESTIMATES and that if any of such funds are not received by the School for any reason whatsoever (including, without limitation, Student's failure to qualify, or receive a loan or an award, therefore), Student will, in addition to the installment amount specified above in Section 2, pay the School in full an amount equal to such deficient funding on the first day of the following installment period; (b) the estimated SMYRPB funds specified above in Subsection 1(b)(vi) are contingent on and subject to the School's receipt of the estimated VAYRPB funds specified above in Subsection 1(b)(v), such that (I) the amount of the SMYRPB funds will equal the amount of the VAYRPB funds that the School actually receives and (II) if the School does not receive the VAYRPB funds specified above in Subsection 1(b)(v) or any portion thereof for any reason whatsoever (including, without limitation, Student's failure to qualify, or receive benefits, therefore), Student will, in addition to the installment amount specified above in Section 2, pay the School in full, on the first day of the following installment period, an amount equal to the amount of such deficient VAYRPB and SMYRPB funding; (c) the School will directly receive any federal student financial aid funds awarded to Student, the School will disburse those federal student financial aid funds to Student by crediting Student's account at the School with an entry indicating that the federal student financial aid funds are the source of payment, and the School will notify Student in writing when those federal student financial aid funds are credited to Student's account; (d) federal regulations limit the circumstances when federal student financial aid funds awarded in an academic year can be applied to any Program cost applicable to any other academic year; (e) if Student withdraws or is terminated from any Program course(s) or the Program, the School may be obligated under federal law to return to the appropriate parties certain federal student financial aid that the School received from or on Student's behalf, and Student will, in addition to the installment amount specified above in Section 2, pay the School on the first day of the following installment period the amount the School notifies Student as due and owing as a result of such return; and (f) any credit granted by the School to Student pursuant to this Addendum is in addition to and totally independent of any (I) credit granted to Student by any lender or other third party and (II) state or federal financial aid that Student may receive.

5. Anything herein to the contrary notwithstanding, if any payment due the School hereunder or any other current or future obligation or liability of Student to the School is not paid or performed immediately when due, if any default occurs under this Addendum or any other provision of the Agreement, if Student withdraws or is terminated from the Program or if the Agreement is terminated, all amounts owed by Student to the School hereunder may, at the option of the School, and without demand or notice of any kind (unless such demand or notice cannot be waived under applicable law), be declared and, thereupon, will immediately become due and payable in full. To the extent permitted by applicable law, Student expressly waives all notices, demands for payment, presentations for payment, notices of intention to accelerate the maturity, protest and notice of protest as to any obligation of Student under this Addendum or any other provision of the Agreement. If Student defaults under this Addendum or any other provision of the Agreement, Student will, immediately upon demand, reimburse the School for all costs and expenses (including, without limitation, all attorney's fees, arbitrator's fees, arbitration costs, collection agency fees and collection costs) incurred by the School in the collection of any amount owed by Student to the School pursuant thereto.

6. Student authorizes the School (and/or anyone affiliated with or acting for or on behalf of the School) to, at its discretion, communicate with and contact Student:
   - in connection with any matter directly or indirectly related to or in any way arising out of Student's enrollment in the Program, including, without limitation, any amounts owed by Student to the School or a third party, the Program or Program courses and/or Student's employment, whether during or after Student's enrollment in the Program;
   - using any phone number or e-mail address (including, without limitation, any mobile phone number or mobile e-mail address) of Student, whether heretofore or hereafter provided to the School by Student or any third party; and
   - using any current or future means of communication, including, among others, telephony, Internet telephony, automatic telephone dialing equipment, artificial or pre-recorded voice messages, SMS text messages and e-mail, regardless of whether Student will incur any costs to receive or respond to any such means of communication.

7. All of the terms and conditions of this Addendum: (a) are incorporated in the Agreement as if fully set forth therein; and (b) have the same meanings set forth in the Agreement. All of the terms of the Agreement are ratified and remain unchanged and in full force and effect. If any terms of this Addendum conflict with any terms of the Agreement, the terms of this Addendum will control in determining the agreement between Student and the School. This Addendum supersedes and renders void any other Cost Summary and Payment Addendum to the Agreement pertaining to the same Specified Period that was entered into by and between Student and the School prior to the date hereof.

   IN WITNESS WHEREOF, Student and the School have both read this Addendum, understand all of the terms and conditions herein and execute this Addendum as of the _____ day of _____, 20____.

ITT TECHNICAL INSTITUTE

By: _____

Title: _____

_____
(Student Signature)

[Print Name:_____]

CO-SIGNOR OBLIGATION FOR MINORS: If Student is under 18 years of age, a parent or guardian must sign, either electronically or in ink, this Addendum as financial sponsor, and such signature, either electronically or in ink, will bind such person to terms of this Addendum.

NOTICE TO CO-SIGNOR: You are being asked to guarantee this debt. Think carefully before you do. If the borrower doesn't pay the debt you will have to. Be sure you can afford to pay if you have to, and that you want to accept this responsibility. You may have to pay up to the full amount of the debt if the borrower does not pay. You may also have to pay the late fees or collection costs, which increase this amount. The School can collect this debt from you without first trying to collect from the borrower. The School can use the same collection methods against you that can be used against the borrower, such as suing you, garnishing your wages, etc. If this debt is ever in default, that fact may become a part of *your* credit record.
This notice is not the contract that makes you liable for the debt.

_____
(Co-signor's Signature)

[Print Name:_____]