# Exhibit D

| | |
|---|---|
| **From:** | itt_tech_admin@serviceintelligence.com |
| **Sent:** | Monday, July 25, 2011 9:43 AM |
| **To:** | Kenneth Ackermann at HQ; Jonathan Miller at HQ |
| **Subject:** | Job 4747199 Detail Report - Site 17 - July 2011 |

The following details are a preliminary findings report from a Mystery Shop visit to this location.
The report posted on your website is always the most current and accurate version of the report and any resulting scores.

Please **DO NOT REPLY** to this message.

Any such replies are delivered to an in-box that is not regularly monitored, where we cannot guarantee you a response.



### Job Detail Report
### Owings Mills
### ITT Tech In Person 2011

**JOB:** 4747199 (Site 17)
**LOCATION:** 11301 Red Run Blvd
OWINGS MILLS, MD

**0 %**
(0 / 3)



| | SHOPPER DEMOGRAPHICS | |
|---|---|---|
| AGE RANGE | Please indicate your age range at the time of your visit: *18-24* | |
| GENDER | Please indicate your gender: *Female* | |
| | **PRE-VISIT CALL DETAILS** | |
| CALL DATE | Indicate the number of days in advance you called to set up your in-person visit: *2* | |
| CALL START TIME | Indicate the exact time you called the location: *10 10 00* | |
| CALL END TIME | Indicate the exact time your call ended: *10 16 00* | |
| LOCAL SCHOOL | Which ITT Technical Institute did you call? Enter using the format City, State. *Owings Mills, MD* | |
| PHONE NUMBER | Indicate the phone number you were instructed to call: *443-394-7115* | |
| PHONE 1 | Provide the name of the Representative with whom you spoke on the phone: *Tai* | |
| PHONE 2 | Did the Representative request you bring financial aid information with you to your meeting? | *no* |
| PHONE 3 | Did the Representative ask if you defaulted on a loan? | *no* |
| PHONE 3A | If you answered "Yes" in question #3, what information was requested? *na* | |
| | **VISIT INFORMATION** | |
| VISIT DATE | Indicate the date of your visit: *Thursday, July 21st 2011* | |
| VISIT START TIME | Indicate the <u>exact</u> time you arrived at the location: *10 52 00* | |
| VISIT END TIME | Indicate the <u>exact</u> time you left the location: *13 21 00* | |
| LOCATION STATUS | Location status: *I met with a Representative for my appointment.* | |
| LOCATION STATUS TEXT | If no one was available to meet with you after you arrived for your appointment, please provide details: | |
| NAME 1 | Provide the first and last name of the Representative who interviewed you: *Taiwo (Tai) Adenaike* | |
| NAME 2 | If you met with the financial aid representative, provide the first and last name of the person with whom you met: *Cortney Robinson* | |
| | **GREETING** | |
| QUESTION 1 | Did the Receptionist or Representative ask you to complete the ITT Tech questionnaire? | *yes* |
| QUESTION 2 | Did the Representative use the questionnaire to determine your needs and goals? Select 'NA' if the Representative did not use the questionnaire or there was none provided. *The Representative used the entire questionnaire.* | *yes* |
| | **RECRUITMENT** | **0%**(0/3) |
| QUESTION 3 | Did the Representative use a computer based presentation to guide your discussion? | *yes* |
| QUESTION 3A | If the Representative did not use a computer based presentation, what materials or documents were used to guide your discussion (e.g., notebook binder, handouts, etc.)? *na* | |
| QUESTION 4 | Did the Representative skip any part of the presentation? Select 'Yes' if the Representative did NOT use the multi-media presentation at all. *The Representative showed me ALL of the presentation.* | *no* |
| QUESTION 4A | If you answered "Yes" in the previous question, please describe what the employee skipped and the reason given. *na* | |
| QUESTION 5 | Did the Representative say course credits are transferable if the receiving college agrees to accept them? | *yes* |
| QUESTION 6 | Did the Representative tell you seats are limited? | *no* |
| QUESTION 7 | Did the Representative tell you the school is selective as to whom it admits? | *no* |
| QUESTION 8 | Did the Representative tell you that the college is accredited by the Accrediting Council for Independent Colleges and Schools | *no* |

| | | | |
|---|---|---|---|
| | | ("ACICS")? | |
| QUESTION 9 | Did the Representative tell you that accreditation by the ACICS was equal to or better than accreditation awarded to other colleges? | | no |
| QUESTION 9A | If you answered "Yes" in the previous question, please provide what the Representative said.*na* | | |
| QUESTION 10 | Did the Representative identify companies that have hired ITT Tech graduates in the past?  *The Representative did not identify companies that have hired ITT Tech graduates in the past.* | | no |
| QUESTION 10A | If you answered "Yes" in the previous question, please save any written materials and provide examples of any companies the Representative mentioned *na* | | |
| QUESTION 11 | Did the Representative discuss salaries other than showing you the slide/presentation segment entitled "Education and Training Pay"?  *The Representative did not discuss salaries at all.* | | no |
| QUESTION 11A | If you were verbally quoted local salaries, please explain what was specifically said *na* | | |
| QUESTION 12 | At any time did the representative or another person promise or guarantee a certain salary? | | no |
| QUESTION 12A | If you answered "Yes" to question 12, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 13 | At any time did the representative or another person promise or guarantee a job placement? | | no |
| QUESTION 13A | If you answered "Yes" to question 13, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 14 | At any time did the representative or another person explain future programs not currently offered? | | no |
| QUESTION 14A | If you answered "Yes" to question 14, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 15 | What terms did the Representative use to describe ITT Tech's technology or programs?  *Reflects the technology currently used in the industry* | | |
| QUESTION 15A | If the Representative used the terms "Newest," "Most up-to-date," "Cutting edge," or "State of the art," please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 16 | What terms did the Representative use to describe the instruction at ITT Tech?  *The Representative did not use any of the above terms* | | |
| QUESTION 16A | If the Representative used the terms "Expert instruction," "Classes taught by experts," "Real world experience," or "Instructors work in related fields," please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 17 | Did the ITT Representative give you a tour of the school? | | yes |
| QUESTION 18 | Did the Representative discuss the <u>total</u> cost of the program?  *The Representative discussed the total estimated program cost as outlined in the presentation.* | | yes |
| **ADMISSIONS TEST** | | | |
| QUESTION 19 | Did the Representative ask you to take the 12-minute online admissions test?  *The Representative said that I did not need to take the online admissions test.* | | no |
| QUESTION 19A | If the Representative said you did not need to take the online admissions test, what reason(s) did he/she give?  *Other* | | |
| QUESTION 19B | If you answered "Other" above, provide the reasons(s) the Representative said you did not need to take the online admissions test?*The Representative said I could take the online exam at another time since I had been there so long already.* | | |
| QUESTION 20 | Did any ITT Tech employee give you answers to the online admissions test?  *I was not asked to take an admissions test.* | | na |
| QUESTION 20A | If you answered "Yes" in the above question, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | | |
| QUESTION 21 | Did you pass the online admissions test?<br>**You will only go to financial aid if you pass the admissions test.**  *I was not asked to take an admissions test.* | | na |
| **PASSWORD** | | | |
| QUESTION 22 | Did an ITT Tech employee help you set up a username and password to access Smart Forms online? | | yes |
| QUESTION 22A | If you answered "Yes" in the above question, please:<br>-Provide the employee's name<br>-Provide the employee's job title<br>-Explain how the employee helped set up your login information for Smart Forms online<br>*Cortney Robinson, a financial aid coordinator that I met with, assisted me with setting up Smart Forms online. She went through the online information with me to set up an account, and sat there with Tai and I as I did it.* | | |
| QUESTION 23 | Did the Representative or Financial Aid Coordinator (FAC) know your password in Smart Forms?  *I created my own password.* | | no |
| QUESTION 23A | If you answered Yes in the above question, please provide:<br>-The employee's name<br>-The employee's job title<br>-A description of what exactly happened<br>*na* | | |
| **FINANCIAL AID** | | | |
| QUESTION 24 | Did you meet with the Financial Aid Coordinator (FAC)?<br>**For any 'No' response to this question, you are required to provide an explanation in the text box for Question 24A.**  *I met with the FAC.* | | yes |

2

| | | |
|---|---|---|
| QUESTION 24A | If you did not meet with the FAC, describe the explanation the Representative gave:<br>**You are required to provide an explanation for any "No" response in Question 24**<br>Select 'NA' if you **did** meet with the FAC. *na* | |
| QUESTION 25 | Did you schedule a financial aid follow-up appointment?  *An ITT Tech employee asked me to schedule an appointment, and I did.* | yes |
| QUESTION 26 | Did an ITT Tech employee know or ask for your US Department of Education PIN (personal identification number)?  *I supplied my own PIN confidentially.* | no |
| QUESTION 26A | If an employee retrieved, wrote down, or created your PIN, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*The financial aid coordinator had me create a PIN online with her, but did not ask for it.* | |
| QUESTION 27 | Did the FAC/Representative discuss lender options other than what was in the multimedia presentation?  *The FAC/Representative did not discuss alternative lender options.* | no |
| QUESTION 27A | If you selected, "The FAC/Representative said something else not listed," in question 27 please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| QUESTION 28 | At any time during your visit did any ITT Tech employee advise or suggest that you should falsify assets or income? | no |
| QUESTION 28A | If an employee advised or suggested you should falsify assets or income, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| QUESTION 29 | At any time during your visit did any ITT Tech employee advise or suggest that you should change or falsify your number of dependents? | no |
| QUESTION 29A | If an employee advised or suggested you should change or falsify dependents, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| QUESTION 30 | At any time during your visit did any ITT Tech employee guarantee that you would receive financial aid? | no |
| QUESTION 30A | If an employee guaranteed you would receive financial aid, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| QUESTION 31 | At any time during your visit did an ITT Tech employee offer a financial incentive (e.g., guarantee loans, grants, or scholarships) if you enrolled? | no |
| QUESTION 31A | If an employee offered financial incentives for enrollment, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| QUESTION 32 | At any time during your visit did any ITT Tech employee guarantee the specific dollar amounts or types of financial aid (loans, scholarships or grants) you personally should expect? | no |
| QUESTION 32A | If an employee guaranteed specific amounts or types of financial aid you personally would receive, please provide:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| **OVERALL IMPRESSION** | | |
| QUESTION 33 | Based on your entire interaction today, how likely would you be to enroll in ITT Technical Institute if you were interested in taking a program offered at ITT Tech?  *Very likely* | |
| **FOREIGN LANGUAGE** | | |
| QUESTION 34 | Was this location in California? | no |
| QUESTION 35 | If the location was in California, did you initiate a conversation in a foreign language?  *This location was not in California.* | na |
| QUESTION 36 | If you initiated a conversation in a foreign language, did an ITT Tech employee respond in a foreign language?  *The location was not in California.* | na |
| QUESTION 37 | If an ITT Tech employee conducted any part of the process in language other than English, please indicate:<br>-The employee's name<br>-The employee's job title<br>-What the employee said<br>*na* | |
| **OBSERVATIONS** | | |
| OBSERVATIONS | **Please describe your visit, including details about ITT employees' mannerisms, presentation methods and demeanor. You are encouraged to provide as much information as possible to provide the client with a good understanding of your responses.** *My visit was honestly more pleasant than expected, although it was also much longer too. When I called to set up an interview, both the receptionist and Tai were very friendly on the phone. Tai offered to email me directions to the campus for Thursday, and called me Friday to remind me of my visit. When I met Tai, she was very nice and personable. She made sure to make a personal connection with me and learn some of my history and desires to continue my education. She thoroughly went over the media presentation, and continually tried to relate the presentation to me. This reassured me that she wanted to know the perfect program to suit my needs. I was also introduced to Karen Koelemeyer and was pleasantly overwhelmed at how willing and excited she was to help me in finding a career. Honestly, I have already been to Undergraduate and Graduate school, and have never encountered a career service office as nice and helpful as this one. They truly seem to make it their goal to help their students succeed at making the leap from education to career, which is great!! I was also introduced to the FAC, who briefly spoke to me about financial aid, helped me set up Smart Forms, and set up a PIN. She was very nice as well, but a bit overwhelming with how quickly we went through everything (and I wasn't exactly clear on everything she was having me sign up for). I also wanted to know the expected income for students that have completed the Visual Communications program to see if it would be a smart choice, but was not given an answer or told about any students that have gone on from that program. Before leaving, they asked me to set up a follow-up meeting and told them I could not* | |

3

*at the time because I did not know my work schedule. Kai said she would call me Saturday to set-up a meeting, and I said that would not be good because I was moving but she seemed insistent to do so. This seemed a bit invasive and suffocating for me since I said I would be in contact with them.*

4