# Exhibit E

| | |
|---|---|
| **From:** | itt_tech_admin@serviceintelligence.com |
| **Sent:** | Thursday, February 09, 2012 9:29 PM |
| **To:** | Alanna Harrison at HQ; Kenneth Ackermann at HQ |
| **Subject:** | Job 4807151 Detail Report - Site 92 - 201202 |

[Print]



# Job Detail Report

0.00%   (0/0)

SITE NAME: Oak Brook
PROGRAM: ITT Tech In Person 2011
JOB: 4807151
PERIOD: 201202
LOCATION: 800 Jorie Blvd Suite 100 OAK BROOK, IL

## SHOPPER DEMOGRAPHICS

[ ] **AGE RANGE**  Please indicate your age range at the time of your visit:

- 45+

[ ] **GENDER**  Please indicate your gender:

- Female

## PRE-VISIT CALL DETAILS

[ ] **CALL DATE**  Indicate the number of days in advance you called to set up your in-person visit:

- 1

[ ] **CALL START TIME**  Indicate the exact time you called the location:
*11:49:21 AM*

[ ] **CALL END TIME**  Indicate the exact time your call ended:
*11:59:17 AM*

[ ] **LOCAL SCHOOL**  Which ITT Technical Institute did you call?

**Enter using the format City, State.**
*Oakbrook, IL*

[ ] **PHONE NUMBER**  Indicate the phone number you were instructed to call:
*630-472-7000*

[ ] **PHONE 1**  Provide the name of the Representative with whom you spoke on the phone:
*Kaycee Morning*

[ ] **PHONE 2**  Did the Representative request you bring financial aid information with you to your meeting?   no

- -

[ ] **PHONE 3**  Did the Representative ask if you defaulted on a loan?   no

- -

[ ] **PHONE 3A**  If you answered "Yes" in question #3, what information was requested?

1

| | **VISIT INFORMATION** | |
|---|---|---|
| [ ] VISIT DATE | Indicate the date of your visit:<br>*Tuesday, February 7 2012* | |
| [ ] VISIT START TIME | Indicate the <u>exact</u> time you arrived at the location:<br>*12:14:39 PM* | |
| [ ] VISIT END TIME | Indicate the <u>exact</u> time you left the location:<br>*02:23:18 PM* | |
| [ ] LOCATION STATUS | Location status:<br><br>• I met with a Representative for my appointment. | |
| [ ] LOCATION STATUS TEXT | If no one was available to meet with you after you arrived for your appointment, please provide details: | |
| [ ] NAME 1 | Provide the first and last name of the Representative who interviewed you:<br>*Kaycee Morning* | |
| [ ] NAME 2 | If you met with the financial aid representative, provide the first and last name of the person with whom you met:<br>*Josephine Inthirath* | |
| | **GREETING** | |
| [ ] QUESTION 1 | Did the Receptionist or Representative ask you to complete the ITT Tech questionnaire?<br><br>• - | no |
| [ ] QUESTION 2 | Did the Representative use the questionnaire to determine your needs and goals?<br>**Select 'NA' if the Representative did not use the questionnaire or there was none provided.**<br><br>• The Representative used the entire questionnaire. | yes |
| | **RECRUITMENT** | |
| [ ] QUESTION 3 | Did the Representative use a computer based presentation to guide your discussion?<br><br>• - | yes |
| [ ] QUESTION 3A | If the Representative did not use a computer based presentation, what materials or documents were used to guide your discussion (e.g., notebook binder, handouts, etc.)? | |
| [ ] QUESTION 4 | Did the Representative skip any part of the presentation?<br>**Select 'Yes' if the Representative did NOT use the multi-media presentation at all.**<br><br>• The Representative showed me ALL of the presentation. | no |
| [ ] QUESTION 4A | If you answered "Yes" in the previous question, please describe what the employee skipped and the reason given. | |
| [ ] QUESTION 5 | Did the Representative say or show you the slide that said decisions concerning the acceptance of credits earned in any course taken at the school are made at the discretion of the receiving institution?<br><br>• - | yes |
| [ ] QUESTION 6 | Did the Representative tell you seats are limited?<br><br>• - | no |
| [ ] QUESTION 7 | Did the Representative tell you the school is selective as to whom it admits? | no |

- -

| [ ] QUESTION 8 | Did the Representative tell you that the college is accredited by the Accrediting Council for Independent Colleges and Schools ("ACICS")? | yes |

- -

| [ ] QUESTION 9 | Did the Representative tell you that accreditation by the ACICS was equal to or better than accreditation awarded to other colleges? | no |

- -

| [ ] QUESTION 9A | If you answered "Yes" in the previous question, please provide what the Representative said. | |
| [ ] QUESTION 10 | Did the Representative identify companies that have hired ITT Tech graduates in the past? | no |

- The Representative did not identify companies that have hired ITT Tech graduates in the past.

| [ ] QUESTION 10A | If you answered "Yes" in the previous question, please save any written materials and provide examples of any companies the Representative mentioned. | |
| [ ] QUESTION 11 | Did the Representative discuss salaries other than showing you the slide/presentation segment entitled "Education and Training Pay"? | yes |

- The Representative showed/gave me the "Graduate Employment Disclosures" document.

| [ ] QUESTION 11A | If you were verbally quoted local salaries, please explain what was specifically said. | |
| [ ] QUESTION 12 | At any time did the representative or another person promise or guarantee a certain salary? | no |

- -

| [ ] QUESTION 12A | If you answered "Yes" to question 12, please provide: | |

-The employee's name

-The employee's job title

-What the employee said

| [ ] QUESTION 13 | At any time did the representative or another person promise or guarantee a job placement? | no |

- -

| [ ] QUESTION 13A | If you answered "Yes" to question 13, please provide: | |

-The employee's name

-The employee's job title

-What the employee said

| [ ] QUESTION 14 | At any time did the representative or another person explain future programs not currently offered? | yes |

3

|   |   |   |   |
|---|---|---|---|
|   |   | • - |   |
| [ ] | QUESTION 14A | If you answered "Yes" to question 14, please provide: |   |
|   |   | -The employee's name |   |
|   |   | -The employee's job title |   |
|   |   | -What the employee said |   |
|   |   | *Kaycee Morning, a Representative, assisted me.* |   |
|   |   | *The School of Business was listed on the presentation as being available at the Oakbrook campus. Kaycee told me that the School of Business is not currently offered at this campus, but that they are looking to add it in the future.* |   |
| [ ] | QUESTION 15 | What terms did the Representative use to describe ITT Tech's technology or programs? |   |
|   |   | • Reflects the technology currently used in the industry |   |
| [ ] | QUESTION 15A | If the Representative used the terms "Newest," "Most up-to-date," "Cutting edge," or "State of the art," please provide: |   |
|   |   | -The employee's name |   |
|   |   | -The employee's job title |   |
|   |   | -What the employee said |   |
| [ ] | QUESTION 16 | What terms did the Representative use to describe the instruction at ITT Tech? |   |
|   |   | • The Representative did not use any of the above terms |   |
| [ ] | QUESTION 16A | If the Representative used the terms "Expert instruction," "Classes taught by experts," "Real world experience," or "Instructors work in related fields," please provide: |   |
|   |   | -The employee's name |   |
|   |   | -The employee's job title |   |
|   |   | -What the employee said |   |
| [ ] | QUESTION 17 | Did the ITT Representative give you a tour of the school? | yes |
|   |   | • - |   |
| [ ] | QUESTION 18 | Did the Representative discuss the <u>total</u> cost of the program? | yes |
|   |   | • The Representative discussed the total estimated program cost as outlined in the presentation. |   |
| **ADMISSIONS TEST** |   |   |   |
| [ ] | QUESTION 19 | Did the Representative ask you to take the 12-minute online admissions test? | yes |

|   |   |   |   |
|---|---|---|---|
| | | • The Representative asked me to take the 12 minute online admissions test. | |
| [ ] | QUESTION 19A | If the Representative said you did not need to take the online admissions test, what reason(s) did he/she give? | |
| | | • The Representative asked me to take the admissions test | |
| [ ] | QUESTION 19B | If you answered "Other" above, provide the reasons(s) the Representative said you did not need to take the online admissions test? | |
| [ ] | QUESTION 20 | Did any ITT Tech employee give you answers to the online admissions test? | no |
| | | • - | |
| [ ] | QUESTION 20A | If you answered "Yes" in the above question, please provide:<br><br>-The employee's name<br><br>-The employee's job title<br><br>-What the employee said | |
| [ ] | QUESTION 21 | Did you pass the online admissions test?<br>**You will only go to financial aid if you pass the admissions test.** | yes |
| | | • - | |
| | **PASSWORD** | | |
| [ ] | QUESTION 22 | Did an ITT Tech employee help you set up a username and password to access Smart Forms online? | yes |
| | | • - | |
| [ ] | QUESTION 22A | If you answered "Yes" in the above question, please:<br><br>-Provide the employee's name<br><br>-Provide the employee's job title<br><br>-Explain how the employee helped set up your login information for Smart Forms online<br><br>*Josephine Inthirath, a Financial Aid Coordinator, assisted me.*<br><br>*We were sitting at a table in front of the computer. She slid the keyboard over to me, and walked me through the process, informing me to make sure the password included a combination of letters, numbers and special characters.* | |
| [ ] | QUESTION 23 | Did the Representative or Financial Aid Coordinator (FAC) know your password in Smart Forms? | no |
| | | • I created my own password. | |
| [ ] | QUESTION 23A | If you answered Yes in the above question, please provide: | |

5

|   |   | -The employee's name<br><br>-The employee's job title<br><br>-A description of what exactly happened |   |
|---|---|---|---|
| | **FINANCIAL AID** | | |
| [ ] | QUESTION 24 | Did you meet with the Financial Aid Coordinator (FAC)?<br>**For any 'No' response to this question, you are required to provide an explanation in the text box for Question 24A.**<br><br>• I met with the FAC. | yes |
| [ ] | QUESTION 24A | If you did not meet with the FAC, describe the explanation the Representative gave:<br>**You are required to provide an explanation for any "No" response in Question 24**<br>**Select 'NA' if you did meet with the FAC.** | |
| [ ] | QUESTION 25 | Did you schedule a financial aid follow-up appointment?<br><br>• An ITT Tech employee asked me to schedule an appointment, and I did. | yes |
| [ ] | QUESTION 26 | Did an ITT Tech employee know or ask for your US Department of Education PIN (personal identification number)?<br><br>• I supplied my own PIN confidentially. | no |
| [ ] | QUESTION 26A | If an employee retrieved, wrote down, or created your PIN, please provide:<br><br>-The employee's name<br><br>-The employee's job title<br><br>-What the employee said | |
| [ ] | QUESTION 27 | Did the FAC/Representative discuss lender options other than what was in the multimedia presentation?<br><br>• The FAC/Representative did not discuss alternative lender options. | no |
| [ ] | QUESTION 27A | If you selected, "The FAC/Representative said something else not listed," in question 27 please provide:<br><br>-The employee's name<br><br>-The employee's job title<br><br>-What the employee said | |
| [ ] | QUESTION 28 | At any time during your visit did any ITT Tech employee advise or suggest that you should falsify assets or income?<br><br>• - | no |

6

| | | | |
|---|---|---|---|
| [ ] | QUESTION 28A | If an employee advised or suggested you should falsify assets or income, please provide: | |
| | | -The employee's name | |
| | | -The employee's job title | |
| | | -What the employee said | |
| [ ] | QUESTION 29 | At any time during your visit did any ITT Tech employee advise or suggest that you should change or falsify your number of dependents? | no |
| | | • - | |
| [ ] | QUESTION 29A | If an employee advised or suggested you should change or falsify dependents, please provide: | |
| | | -The employee's name | |
| | | -The employee's job title | |
| | | -What the employee said | |
| [ ] | QUESTION 30 | At any time during your visit did any ITT Tech employee guarantee that you would receive financial aid? | no |
| | | • - | |
| [ ] | QUESTION 30A | If an employee guaranteed you would receive financial aid, please provide: | |
| | | -The employee's name | |
| | | -The employee's job title | |
| | | -What the employee said | |
| [ ] | QUESTION 31 | At any time during your visit did an ITT Tech employee offer a financial incentive (e.g., guarantee loans, grants, or scholarships) if you enrolled? | no |
| | | • - | |
| [ ] | QUESTION 31A | If an employee offered financial incentives for enrollment, please provide: | |
| | | -The employee's name | |
| | | -The employee's job title | |
| | | -What the employee said | |

7

| | | | |
|---|---|---|---|
| [ ] | QUESTION 32 | At any time during your visit did any ITT Tech employee guarantee the specific dollar amounts or types of financial aid (loans, scholarships or grants) you personally should expect?<br><br>• - | no |
| [ ] | QUESTION 32A | If an employee guaranteed specific amounts or types of financial aid you personally would receive, please provide:<br><br>-The employee's name<br><br>-The employee's job title<br><br>-What the employee said | |
| **OVERALL IMPRESSION** | | | |
| [ ] | QUESTION 33 | Based on your entire interaction today, how likely would you be to enroll in ITT Technical Institute if you were interested in taking a program offered at ITT Tech?<br><br>• Not very likely | |
| **FOREIGN LANGUAGE** | | | |
| [ ] | QUESTION 34 | Was this location in California?<br><br>• - | no |
| [ ] | QUESTION 35 | If the location was in California, did you initiate a conversation in a foreign language?<br><br>• This location was not in California. | na |
| [ ] | QUESTION 36 | If you initiated a conversation in a foreign language, did an ITT Tech employee respond in a foreign language?<br><br>• The location was not in California. | na |
| [ ] | QUESTION 37 | If an ITT Tech employee conducted any part of the process in language other than English, please indicate:<br><br>-The employee's name<br><br>-The employee's job title<br><br>-What the employee said | |
| **OBSERVATIONS** | | | |
| [ ] | OBSERVATIONS | Please describe your visit, including details about ITT employees' mannerisms, presentation methods and demeanor. You are encouraged to provide as much information as possible to provide the client with a good understanding of your responses.<br>*When entering, I was greeted by the receptionist, and asked to sign in, but was not asked to fill out the questionnaire.*<br><br>*Kaycee came and introduced herself, making eye contact and shaking my hand. We went to a room where she confirmed the information from our phone call, verbally went through* | |

8

> *the questionnaire and went through the goals of the appointment. She asked questions to understand my goals, and went through the wheels and presentation, stopping throughout to clarify information, ask questions and to ask if I had any questions. After the presentation, we went on a tour, and then Jo joined us to talk about financial aid.*
>
> *Jo went through Smart Forms online, and helped me to set up a user id and password. I remained in control of setting passwords and PINs. Jo looked up my student loan history, and we looked to see if I had a PIN. When we found that I did not, she walked me through setting one up. She gave me a list of what is needed for my follow-up visit, and asked me to set up the appointment. I said that I didn't have my calendar and that I would call back to schedule. She told me that I had to schedule it to move on and that I could just call to change it if needed.*
>
> *After Jo left, I took the admission test. I was told it was 12 minutes, but not given any answers or more time. After finishing, Kaycee came in to tell me I passed.*
>
> *My visit went well. Staff members were professional in both their appearance and demeanor. Towards the end, I started to feel overwhelmed, as everything was finalized. I went to gather information, and left with a list of things to do so I could start in March. Too much time was taken on the wheels and presentation, and not enough on financial aid and making a decision. It was assumed that I was ready to start full-time in March.*

[Submit RFA]