# EXHIBIT 3

## TOLLING AGREEMENT

This Agreement is entered into effective October 9, 2013, by the Consumer Financial Protection Bureau (the "Bureau") and ITT Educational Services, Inc. ("ITT") (jointly referred to hereinafter as "the Parties").

WHEREAS, the Bureau is engaged in a non-public investigation to determine whether for-profit post-secondary companies, student loan origination and servicing providers, or other unnamed persons have engaged or are engaging in unlawful acts or practices relating to the advertising, marketing, or origination of private student loans in violation of section 1036 of the Dodd-Frank Wall Street Reform and Consumer Protection Act, 12 U.S.C. § 5536, the Truth in Lending Act, 15 U.S.C. § 1601 et seq., Regulation Z, 12 C.F.R. part 226, the Equal Credit Opportunity Act, 15 U.S.C. § 1691 et seq., the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., or the Telemarketing Sales Rule, 16 C.F.R. part 310 (the "Investigation");

WHEREAS, the Parties enter into this Agreement to allow ITT to cooperate fully with the Investigation and with the goal of deferring and possibly avoiding litigation, without thereby altering the claims or defenses available to the Bureau or ITT, except as specifically provided herein;

NOW THEREFORE, the Parties, through their authorized representatives, stipulate and agree as follows:

1. As set forth below, the Parties agree to a suspension of the running of any applicable statute of limitations for any cause of action or related claim or remedy that could be brought against ITT by the Bureau. In the event ITT raises or asserts a statute of limitations defense, or any other defense based on delay or the passage of time, the parties hereby expressly agree that the period of time from the date of this Agreement, until the earlier of: (1) the date a civil action

or adjudication proceeding is commenced or (2) April 9, 2014, which is six months from the date of this Agreement, is excluded for purposes of calculating the statute of limitations or delay period.

    2. This Agreement is not intended to and shall not be construed as an admission of liability by any party, and all parties continue to reserve all rights and defenses available to them, except as provided by this Agreement.

    3. This Agreement may be modified, amended, or supplemented only by a written instrument signed by all parties. This Agreement may be executed in counterparts. Facsimile and pdf signatures are acceptable.

    4. This Agreement is binding on all parties and their respective successors in interest and assigns.

CONSUMER FINANCIAL PROTECTION BUREAU

By: _____  Date: 10/9/13

Ori Lev
Deputy Enforcement Director


ITT EDUCATIONAL SERVICES, INC.

_____  Date: 10/9/13
Counsel for ITT Educational Services, Inc.