# EXHIBIT 4

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Jason J. Mendro
Direct: +1 202.887.3726
Fax: +1 202.530.9626
JMendro@gibsondunn.com

April 3, 2014

VIA FIRST CLASS AND ELECTRONIC MAIL

Cynthia Gooen Lesser, Esq.
Enforcement Attorney
Consumer Financial Protection Bureau
1700 G Street, N.W.
Washington, D.C. 20552
Cynthia.Lesser@cfpb.gov

Re:   Communications With Current ITT Employees Regarding Pending Litigation
      *Consumer Financial Protection Bureau v. ITT Educational Services, Inc.*,
      No. 14-cv-292 (S.D. Ind.)

Dear Ms. Lesser:

It has come to our attention that the Consumer Financial Protection Bureau ("Bureau") has sent letters directly to individuals who are currently employed by ITT Educational Services, Inc. ("ITT"). These letters request in-person interviews related to the Bureau's pending lawsuit against ITT. The letters further state that the Bureau believes that these individuals are no longer employed by ITT, though the letters identify no basis for that belief. We are aware of many instances in which that belief is incorrect.

We assume that the Bureau's errors reflect a misunderstanding and that there has been no intention to misstate the Bureau's beliefs about the recipients' employment or to contact ITT's current employees without our consent. *See* Indiana Rule of Professional Conduct 4.2. We ask, however, that you cease further efforts to contact John Eichkorn, Paul H. Wehrum, Ionela Di Conti, Colin Lubbe, and any other current employees to whom you have directed communications. We further request that you notify us of all employees the Bureau has contacted to date and intends to contact in the future, so that we can advise you of their employment status and avoid further inadvertent contacts with current employees.

**GIBSON DUNN**

Cynthia Gooen Lesser, Esq.
April 3, 2014
Page 2

Thank you for your prompt attention to this request.

Very truly yours,

*[signature]*

Jason J. Mendro

JJM/ko
cc (by email): Douglas R. Cox, Esq.
Ethan H. Levisohn, Esq.