# EXHIBIT 5



1700 G Street NW, Washington, DC 20552

April 4, 2014

<u>Via Email</u>

Jason Mendro, Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue NW
Washington, DC  20036

Re:   *Consumer Financial Protection Bureau v. ITT Educational Services, Inc.*, No. 1:14-cv-292 SEB-TAB (S.D. Ind.)

Dear Jason:

Thank you for your letter dated April 3, 2014.  Please rest assured that the Bureau has acted and will act in accordance with all applicable law, including rules of professional responsibility, in connection with the above-referenced action.

Please feel free to call me at any time if you would like to discuss this further. My direct dial is (202) 435-9594.

Sincerely,

Cynthia Gooen Lesser
Enforcement Attorney