UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 1:14-cv-00292-SEB-TAB |
| ITT EDUCATIONAL SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Pending before the Court is Defendant ITT Educational Services, Inc.'s Motion To Stay Discovery Pending A Ruling On Its Motion To Dismiss.  Having considered the Motion, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED that discovery in this case, including disclosures, shall be stayed pending resolution of Defendant ITT Educational Services, Inc.'s Motion To Dismiss.

SIGNED this _____ day of _____, 2014.

_____
Tim A. Baker
United States Magistrate Judge

Distribution to:  All registered counsel by CM/ECF.