UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, Plaintiff, | ) | 1:14-cv-00292-SEB-TAB |
| vs. | ) | |
| ITT EDUCATIONAL SERVICES, INC., Defendant. | ) | |

The Honorable Sarah Evans Barker, Judge
Entry for March 30, 2015

Defendant's Unopposed Request for Oral Argument on its Motion to Dismiss the Complaint, filed at Docket No. 38, is DENIED as moot as result of the Court's order at Docket No. 49.

SO ORDERED.

03/30/2015

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system