**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 1:14-cv-00292-SEB-TAB** |
| **ITT EDUCATIONAL SERVICES, INC.,** | ) | |
| **Defendant.** | ) | |

## NOTICE OF APPEAL

Notice is hereby given that ITT Educational Services, Inc. ("ITT"), Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order On Defendant's Motion To Dismiss (Docket No. 49), entered in the civil docket in this action on the 9th day of March, 2015, which constitutes an immediately appealable determination of ITT's constitutional and/or statutory rights and immunities under the collateral order doctrine. *See, e.g.*, *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 546 (1949).

Dated: April 8, 2015

Respectfully submitted,

ICE MILLER, LLP

By: /s/ *Philip A. Whistler*

Philip A. Whistler (#1205-49)
Thomas E. Mixdorf (#16812-49)
One American Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: (317) 236-2100
Facsimile: (317) 236-2219
Philip.Whistler@icemiller.com
Thomas.Mixdorf@icemiller.com

GIBSON, DUNN & CRUTCHER LLP
Timothy J. Hatch (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
THatch@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Douglas R. Cox (*pro hac vice*)
Jason J. Mendro (*pro hac vice*)
Lucas C. Townsend (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
DCox@gibsondunn.com
JMendro@gibsondunn.com
LTownsend@gibsondunn.com

*Attorneys for Defendant*
*ITT Educational Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2015, a copy of the foregoing Notice Of Appeal was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Philip A. Whistler*
Philip A. Whistler