UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. **1:14-cv-00292-SEB-TAB** |
| ITT EDUCATIONAL SERVICES, INC. | ) ) ) |
| Defendant. | ) ) |

### ORDER REGARDING OBJECTIONS FROM TWO POTENTIALLY AFFECTED STUDENTS

This matter comes before the Court on the objections to the release of personally identifiable education records by Gail Lightner and Jeffrey W. Mahon. Defendant ITT Educational Services, Inc. ("ITT") and Plaintiff Consumer Financial Protection Bureau (the "Bureau") filed a Joint Response to these objections wherein the Parties notified this Court that the Bureau has withdrawn its request for personally identifiable education records of Ms. Lightner and Mr. Mahon and that ITT is able to redact or remove personally identifiable information about these individuals from records which contain other information responsive to the Bureau's discovery requests.

**IT IS THEREFORE ORDERED** that any education records in the custody or control of ITT which refer to Ms. Lightner and Mr. Mahon and which contain other responsive information not subject to an objection shall be withheld or produced to the Bureau with the personally identifiable information of these individuals redacted or otherwise removed.

Date: 6/9/2015

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF