**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>    Plaintiff,<br><br>  v.<br><br>ITT EDUCATIONAL SERVICES, INC.,<br><br>    Defendant. | Case No. 1:14-cv-00292-SEB-TAB |

**DEFENDANT ITT EDUCATIONAL SERVICES, INC.'S
<u>PRELIMINARY EXHIBIT LIST</u>**

  In accordance with the Case Management Plan (Document 33) submitted by the parties and approved by this Court on August 11, 2014 (Document 40), Defendant ITT Educational Services, Inc. ("ITT") hereby submits the following Preliminary Exhibit List.  ITT's investigation and discovery into the matters alleged in the Consumer Financial Protection Bureau's ("CFPB") Complaint is ongoing.  Consequently, ITT reserves its right to supplement or amend this preliminary list as the parties' discovery and trial preparations continue.  ITT submits this list without prejudice to ITT's motion to stay the district court proceedings pending ITT's appeal to the Seventh Circuit.

1. Risk Sharing Agreement between ITT and Student CU Connect CUSO, LLC ("CUSO"), dated February 2009;

2. Enrollment Agreement Forms signed by students who received Student CU Connect loans from July 21, 2011 until December 31, 2011;

3. Cost Summary and Payment Addenda to Enrollment Agreement signed by students who received Student CU Connect loans from July 21, 2011 until December 31, 2011;

4. Student applications related to the third-party student loan origination process for those students who received Student CU Connect loans ("SCUC private loans") from July 21, 2011 until December 31, 2011;

5. Disclosures provided by CUSO related to the third-party student loan origination process for those students who received SCUC private loans from July 21, 2011 until December 31, 2011;

6. Course Catalogs provided to and signed by ITT students who received Student CU Connect loans from July 21, 2011 until December 31, 2011;

7. Templates reflecting financial aid training provided to ITT employees in 2010 and 2011;

8. All documents obtained via third-party discovery in this action;

9. All pleadings and discovery responses, answers, or materials produced by the parties in this action;

10. All deposition testimony taken in this action;

11. All expert reports disclosed in this action;

12. Curriculum vitae and all material relied upon by any expert witnesses to formulate opinions in this action;

13. All documents relied upon by any witness who testifies in this action;

14. All exhibits needed for demonstrative purposes;

15. All exhibits listed by the CFPB;

16. All exhibits needed for impeachment or rebuttal purposes; and

17. Other exhibits that are unknown at this time, but that will be promptly disclosed to this Court and all counsel of record when the need for their introduction at trial becomes known.

Dated:  February 8, 2016                                     ICE MILLER, LLP

                                                  By:      _/s/ Philip A. Whistler_____
                                                           Philip A. Whistler (#1205-49)
                                                           Thomas E. Mixdorf (#16812-49)
                                                           One American Square, Suite 2900
                                                           Indianapolis, IN 46282-0200
                                                           Telephone: (317) 236-2100
                                                           Facsimile: (317) 236-2219
                                                           Philip.Whistler@icemiller.com
                                                           Thomas.Mixdorf@icemiller.com

GIBSON, DUNN & CRUTCHER LLP                       GIBSON, DUNN & CRUTCHER LLP
Timothy J. Hatch (*pro hac vice*)                 Douglas R. Cox (*pro hac vice*)
333 South Grand Avenue                            Jason J. Mendro (*pro hac vice*)
Los Angeles, CA 90071-3197                        Lucas C. Townsend (*pro hac vice*)
Telephone: (213) 229-7000                         1050 Connecticut Avenue, N.W.
Facsimile: (213) 229-7520                         Washington, DC 20036-5306
Thatch@gibsondunn.com                             Telephone: (202) 955-8500
                                                  Facsimile: (202) 467-0539
                                                  DCox@gibsondunn.com
                                                  JMendro@gibsondunn.com
                                                  LTownsend@gibsondunn.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2016, a copy of the foregoing was filed electronically pursuant to the Court's electronic filing procedures.  Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system.

                                                            */s/ Philip A. Whistler*
                                                            Philip A. Whistler