**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:14-cv-00292-SEB-TAB ) |
| ITT EDUCATIONAL SERVICES, INC., | ) ) |
| Defendant. | ) ) |

**ORDER AMENDING CERTAIN DATES UNDER**
**CASE MANAGEMENT PLAN (DKT. 40)**

The Court having held a status conference on May 10, 2016, at which the remaining case management dates were discussed, the Parties having submitted their joint motion to amend those dates, and the Court otherwise being duly advised, the motion is hereby **GRANTED**. The remaining dates under the Case Management Plan (Dkt. 40) are hereby amended as follows:

| Date | Event |
|---|---|
| January 6, 2017 | Plaintiff shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2). |
| February 6, 2017 | Defendant shall disclose the name, address, and vita of any expert witness, and shall serve the report required by Fed. R. Civ. P. 26(a)(2). |
| February 7, 2017 | If a party intends to use expert testimony in connection with a motion for summary judgment to be filed by that party, such expert disclosures must be served on opposing counsel no later than 90 days prior to the dispositive motion deadline (May 8, 2017). |

| Date | Event |
|---|---|
| February 14, 2017 | If such expert disclosures are filed the parties shall confer within 7 days to stipulate to a date for responsive disclosures (if any) and completion of expert discovery necessary for efficient resolution of the anticipated motion for summary judgment. |
| April 6, 2017 | Deadline for discovery relating to liability issues and expert witness discovery that may be necessary at the dispositive motions stage. |
| May 8, 2017 | Deadline for dispositive motions.  Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by Local Rule 56-1. |
| July 6, 2017 | Deadline for all remaining discovery. |
| July 6, 2017 | All parties shall file and serve their final witness and exhibit lists. |
| July 20, 2017 | Consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based. |
| August 7, 2017 | Deadline for motions to limit or preclude expert testimony at trial. |
| January 2018 | Estimated trial date. |

**SO ORDERED:**  5/24/2016

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record by CM/ECF.