# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

June 13, 2016

To: Laura A. Briggs
UNITED STATES DISTRICT COURT
Southern District of Indiana
United States Courthouse
Indianapolis , IN 46204-0000

| | |
|---|---|
| No. 15-1761 | CONSUMER FINANCIAL PROTECTION BUREAU,<br>Plaintiff - Appellee<br><br>v.<br><br>ITT EDUCATIONAL SERVICES, INCORPORATED,<br>Defendant - Appellant |

**Originating Case Information:**

District Court No: 1:14-cv-00292-SEB-TAB
Southern District of Indiana, Indianapolis Division
District Judge Sarah Evans Barker

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS: No record to be returned

**NOTE TO COUNSEL:**
If any physical and large documentary exhibits have been filed in the above-entitled cause, they are

to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:** 6/13/2016

**Received by:** Maggie Gilstrap

Deputy Clerk, U.S.District Court

form name: **c7_Mandate**(form ID: **135**)

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

April 20, 2016

*Before*

**Daniel A. Manion,** *Circuit Judge*
**Diane S. Sykes,** *Circuit Judge*
**David F. Hamilton,** *Circuit Judge*

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, Plaintiff-Appellee, | ] Appeal from the United States District Court for the Southern District of Indiana, Indianapolis Division. |
| No. 15-1761 v. | |
| ITT EDUCATIONAL SERVICES, INC., Defendant-Appellant. | ] No. 1:14-cv-00292-SEB-TAB |
| | ] Sarah Evans Barker, Judge. |

O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction. The district court's denial of the defendant's motion to dismiss based on its challenge to the constitutionality of plaintiff's structure does not qualify as one of the narrow categories of immediately appealable collateral orders. That denial will not be "effectively unreviewable on appeal from a final judgment." *Will v. Hallock*, 546 U.S. 345, 349 (2006), quoting *Puerto Rico Aqueduct & Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144 (1993).