UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) 1:14-cv-00292-SEB-TAB ) |
| ITT EDUCATIONAL SERVICES, INC., | ) ) |
| Defendant. | ) ) |

The Honorable Sarah Evans Barker, Judge
Entry for June 22, 2016

This cause is hereby ASSIGNED for jury trial on Monday, January 22, 2018 at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for final pretrial conference on Tuesday, January 9, 2018 at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

In view of the Expense and Delay Reduction Plan adopted by this District to implement the Civil Justice Reform Act, no continuances of this date are anticipated, absent extraordinary circumstances.

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system