## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:14-cv-00292-SEB-TAB ) |
| ITT EDUCATIONAL SERVICES, INC., | ) ) |
| Defendant. | ) ) |

## SUGGESTION OF BANKRUPTCY

PLEASE BE ADVISED that, on September 16, 2016, Defendant ITT Educational Services, Inc. ("Defendant") and ESI Service Corp. ("Service") and Daniel Webster College, Inc. ("DWC" and together with Defendant and Service, "Debtors") commenced bankruptcy cases in the United States Bankruptcy Court for the Southern District of Indiana by filing voluntary petitions for relief under chapter 7 of title 11 of the United States Code ("Bankruptcy Code"). Debtors' chapter 7 cases are now pending before The Honorable Judge Graham, United States Bankruptcy Judge under the captions *In re ITT Educational Services, Inc.*, Chapter 7 Case No. 16-07207; *In re ESI Service Corp*, Chapter 7 Case No. 16-07208; and *In re Daniel Webster College, Inc.*, Chapter 7 Case No. 16-07209. Copies of the voluntary petitions are attached as Exhibit A.

PLEASE BE FURTHER ADVISED that as of the commencement of the Debtors' chapter 7 cases, this action has been automatically stayed as against Debtors. Pursuant to section 362 of the Bankruptcy Code, the filing of a bankruptcy petition automatically stays, "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been

commenced before the commencement of the case under [chapter 7], or to recover a claim against the debtor that arose before the commencement of the case under [chapter 7]" and "any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the [bankruptcy case]." *See* 11 U.S.C. § 362(a)(1), (6).

Dated:  September 16, 2016                    Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Lucas C. Townsend*
       Lucas C. Townsend

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| Timothy J. Hatch (*pro hac vice*) | Douglas R. Cox (*pro hac vice*) |
| 333 South Grand Avenue | Jason J. Mendro (*pro hac vice*) |
| Los Angeles, CA 90071-3197 | Lucas C. Townsend (*pro hac vice*) |
| Telephone: (213) 229-7000 | 1050 Connecticut Avenue, N.W. |
| Facsimile:  (213) 229-7520 | Washington, DC 20036-5306 |
| THatch@gibsondunn.com | Telephone: (202) 955-8500 |
| | Facsimile:  (202) 467-0539 |
| | DCox@gibsondunn.com |
| | JMendro@gibsondunn.com |
| | LTownsend@gibsondunn.com |

*Pre-Bankruptcy Counsel for Defendant ITT Educational Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2016, a copy of the foregoing Suggestion of Bankruptcy, including the accompanying exhibit, was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ *Lucas C. Townsend*
    Lucas C. Townsend