UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>**Plaintiff,**<br><br>v.<br><br>ITT EDUCATIONAL SERVICES, INC.<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-292<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This matter comes before the Court on Plaintiff Consumer Financial Protection Bureau's Motion for Entry of Order. The motion is GRANTED. It is hereby ORDERED that:

1. Pursuant to the CFPB's agreement with ITT's chapter 7 Trustee, Deborah J. Caruso, the CFPB will not proceed in or otherwise prosecute this Action until at least November 30, 2017.

2. All deadlines that may expire through November 30, 2017 are hereby tolled through November 30, 2017.

3. As of the entry of this Order, the Trustee has not entered an appearance in this Action, and nothing herein shall be construed as an appearance by the Trustee in this Action.

**IT IS SO ORDERED.**

Date: 8/31/2017

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to all counsel of record via ECF.