UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU, <br>       Plaintiff, <br><br> v. <br><br> ITT EDUCATIONAL SERVICES, INC., <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 1:14-cv-00292-SEB-TAB <br> ) <br> ) <br> ) <br> ) <br> ) |

**AGREED MOTION FOR ENTRY OF STIPULATED FINAL JUDGMENT**

Plaintiff, Consumer Financial Protection Bureau, and Defendant, ITT Educational Services, Inc., through Defendant's bankruptcy trustee, duly appointed under 11 U.S.C. § 701(a)(1), jointly request that this Court approve and enter the attached proposed Stipulated Final Judgment and Order.

Dated: August 12, 2019

                                                Respectfully submitted,

                                                /s/ Jonathan Reischl
                                                Jonathan Reischl (IL Bar #6305260)
                                                Manuel Arreaza (DC Bar #1015283)
                                                Maureen Elin McOwen (DC Bar #976749)
                                                *Enforcement Attorneys*

                                                Consumer Financial Protection Bureau

1700 G Street NW
Washington, D.C. 20552
Phone: (202) 435-9202
Fax: (202) 435-7722
Email: jonathan.reischl@cfpb.gov

Attorneys for Plaintiff
Consumer Financial Protection Bureau


/s/ Deborah J. Caruso
    Deborah J. Caruso

Deborah J. Caruso (Atty. No. 4273-49)
Meredith R. Theisen (Atty. No. 28804-49)
RUBIN & LEVIN, P.C.
135 N. Pennsylvania Street, Suite 1400
Indianapolis, Indiana 46204
Tel: (317) 634-0300
Fax: (317) 263-9411
Email:  dcaruso@rubin-levin.net
        mtheisen@rubin-levin.net

Attorneys for Deborah J. Caruso, the chapter 7 trustee for the bankruptcy estate of ITT Educational Services, Inc.